**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION**

| | |
|---|---|
| CERTUSVIEW TECHNOLOGIES, LLC,<br><br>Plaintiff<br><br>vs.<br><br>USIC, LLC ,<br>USIC LOCATING SERVICES, LLC and<br>SAFE SITE, INC.<br><br>Defendants. | Case No. 2:14-cv-00106-MSD-TEM |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)</u>**

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff files this notice of voluntary dismissal without prejudice before the filing of an answer or motion by Defendant in Case No. 2:14-cv-00106-MSD-TEM.

4817-0552-9628.2

Dated: July 3, 2014

Respectfully submitted,

CERTUSVIEW TECHNOLOGIES, LLC


By:  *s/ Michael J. Lockerby*_____

Michael J. Lockerby (VSB No. 24003)
Lori A. Rubin (VSB No. 80883)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, DC 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mlockerby@foley.com
larubin@foley.com

Matthew B. Lowrie (admitted *pro hac vice*)
Aaron W. Moore (admitted *pro hac vice*)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, Massachusetts 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

*Counsel for Plaintiff*
*CertusView Technologies, LLC*

4817-0552-9628.2

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 3, 2014, I filed with the Clerk of Court the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a) using the CM/ECF system, which will then send a notification of such filing to all counsel of record.

    *s/ Michael J. Lockerby*_____
Michael J. Lockerby (VSB No. 24003)
FOLEY & LARDNER LLP
Washington Harbour
3000 K Street, N.W., Suite 600
Washington, D.C. 20007-5109
Telephone: (202) 672-5300
Facsimile: (202) 672-5399
mlockerby@foley.com

*Counsel for Plaintiff CertusView Technologies, LLC*

4817-0552-9628.2